## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Raymond P. Moore

Case No. 16-cv-00794-RM

ALAN DEATLEY

    Plaintiff,

v.

THE STATE OF COLORADO, *et al.*,

    Defendants.

___

## ORDER TO SHOW CAUSE
___

    Because of plaintiff Alan DeAtley's ("plaintiff") failure to prosecute this case, this matter comes before the Court *sua sponte*.

    This case was initiated on April 6, 2016, with the filing of a Complaint and the issuance of Summons. (ECF Nos. 1, 3.) On April 7, 2016, this Court, *inter alia*, denied various motions seeking emergency relief essentially because this Court was without jurisdiction to grant the requested relief. (*See* ECF No. 8.) Since that Order nearly one year ago today, nothing has taken place in this case, including no service of the Complaint on the numerous defendants.

    As a result, the Court ORDERS plaintiff to SHOW CAUSE why this case should not be dismissed for failure to prosecute. Plaintiff shall have twenty-one (21) days from entry of this Order to respond. **Failure to respond shall result in dismissal of this action without prejudice.**

    The Clerk is instructed to mail a copy of this Order to plaintiff.

**SO ORDERED.**

DATED this 30th day of March, 2017.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge